UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| VICTORIA A. SHAEV, <br><br> Plaintiff, <br><br> v. <br><br> LIVERAMP HOLDINGS, INC., JOHN L. BATTELLE, OMAR TAWAKOL, DEBORA B. TOMLIN, CLARK M. KOKICH, BRIAN O'KELLEY, TIMOTHY R. CADOGAN, VIVIAN CHOW, and SCOTT E. HOWE, <br><br> Defendants. | C.A. No. 24-cv-05187 (DEH) <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br><br> SO ORDERED. The Clerk of Court is respectfully requested to close the case. <br><br> /s/ Dale E. Ho <br> Dale E. Ho <br> United States District Judge <br> New York, New York <br> Dated: August 1, 2024 |

Plaintiff, Victoria A. Shaev, voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
July 31, 2024

**BARRACK, RODOS & BACINE**

By: /s/ A. Arnold Gershon
A. Arnold Gershon
Michael A. Toomey
11 Times Square
640 Eighth Avenue, 10th Floor
New York, NY 10036
Telephone: (212) 688-0782
Facsimile: (212) 688-0783

*Attorneys for Plaintiff Victoria A. Shaev*